EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Vidal Rodríguez Amaro | Queja <br><br> 2004 TSPR 122 <br><br> 162 DPR ____ |

Número del Caso: AB-2002-201

Fecha: 16 de julio de 2004

Abogado del Querellado:
                    Por Derecho Propio

Oficina del Procurador General:
                    Lcda. Yvonne Casanova Pelosi
                    Procuradora General Auxiliar

                    Lcda. Noemí Rivera de León
                    Procuradora General Auxiliar

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Vidal Rodríguez Amaro                    AB-2002-201

Sala Especial de Verano integrada por la Jueza Presidenta señora Naveira Merly y los Jueces Asociados señores Hernández Denton y Fuster Berlingeri.

RESOLUCION

San Juan, Puerto Rico, a 16 de julio de 2004.

Se ordena la reinstalación de Vidal Rodríguez Amaro al ejercicio de la abogacía solamente, dejando pendiente la reinstalación al ejercicio de la notaría hasta que la Directora de la Oficina de Inspección de Notarías nos rinda un informe sobre el estado de su obra notarial.

Como parte de su informe, la Oficina de Inspección de Notarías examinará el Informe del Procurador General del 5 de marzo de 2003, escuchará al señor Rodríguez Amaro sobre el particular y nos formulará sus conclusiones y recomendaciones en cuanto a este asunto.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo